# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:22-CR-00461(1)-JKP |
| | § | |
| (1) ALEJANDRO RICHARD VELASQUEZ GOMEZ | § | |

## ORDER SETTING REARRAIGNMENT AND PLEA - (IN PERSON)

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **REARRAIGNMENT AND PLEA - (IN PERSON)** in Courtroom B, on the Second Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Tuesday, May 16, 2023 at 10:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 12th day of May, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE