UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> vs. § <br> § <br> (1) ALEJANDRO RICHARD VELASQUEZ § <br> GOMEZ | CRIMINAL NO: <br> SA:22-CR-00461(1)-JKP |

### ORDER SETTING SENTENCING - (IN PERSON)

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING - (IN PERSON)** in Courtroom B, on the Second Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Wednesday, August 23, 2023 at 10:00 AM**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 16th day of May, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE