PROB 12B
(7/93)

FILED

April 21, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ MAM

DEPUTY

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:    Alejandro Richard Velasquez Gomez        Case Number:    5:22-CR-00461-JKP(1)

Name of Sentencing Judicial Officer:    Honorable Jason K. Pulliam, United States District Judge

Date of Original Sentence:    May 1, 2024

Original Offense:    Interstate Threatening Communications, in violation of 18 U.S.C. § 875(c)

Original Sentence:    60 months custody followed by three (3) years supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced:    February 11, 2026

## PREVIOUS COURT ACTION

None.

## PETITIONING THE COURT

☐  To extend the term of supervision __ years, for a total of __ years.

☒  To modify the conditions of supervision as follows:

**The defendant shall participate in a sex offense-specific treatment program and submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure compliance with the requirements of supervision or the treatment program.  The defendant shall follow the rules and regulations of the program.  The probation officer will supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc).  The defendant shall pay the costs of the program if financially able.**

**You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision or treatment program. You must pay for the cost of polygraph testing to the extent you are able, as determined by the probation officer.**

**You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. 1030(e)(1)) you use. You must pay for the cost of this monitoring software to the extent you are able, as determined by the probation officer.**

**To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. 1030(e)(1)) subject to computer monitoring. These searches shall be conducted for the purposes of determining**

Alejandro Richard Velasquez Gomez
5:22-CR-00461-JKP(1)
April 14, 2026
Page 2

**whether the computer contains any prohibited data prior to the installation of the monitoring software; to determine whether the monitoring software is functioning effectively after its installation; and to determine whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.**

**CAUSE**

On March 21, 2026, a psychosexual evaluation was conducted by Turning Point Therapeutic Services, LLC. The therapist recommended sex offender treatment. After careful review of the psychosexual evaluation, presentence report, and the history and characteristics of the offender, it is recommended he attend sex offender treatment, submit to polygraph testing to monitor his compliance, and computer monitoring to monitor his online activity.

On April 13, 2026, this officer reviewed the conditions listed above and explained why they are being recommended. Mr. Velasquez Gomez did not oppose the modifications listed and signed the Prob49 which is attached for the Court's consideration.

Approved:                                      Respectfully submitted,

Jennifer R. Cordova                            Daniel C. Barron Jr.
Supervising U.S. Probation Officer             Sr. U.S. Probation Officer
Telephone:  (210) 472-6590, Ext.  5365         Telephone:  (210) 701-9135
                                               Date:  April 14, 2026

cc:    Kelly Griffith Stephenson
       Assistant U.S. Attorney

       Corrina F. Lopez
       Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ None.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other _____

Honorable Jason K. Pulliam
U.S. District Judge

04/21/2026
Date

PROB 49
(3/89)

## United States District Court
## Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

**The defendant shall participate in a sex offense-specific treatment program and submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure compliance with the requirements of supervision or the treatment program.  The defendant shall follow the rules and regulations of the program.  The probation officer will supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc).  The defendant shall pay the costs of the program if financially able.**

**You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision or treatment program. You must pay for the cost of polygraph testing to the extent you are able, as determined by the probation officer.**

**You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. 1030(e)(1)) you use. You must pay for the cost of this monitoring software to the extent you are able, as determined by the probation officer.**

**To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. 1030(e)(1)) subject to computer monitoring. These searches shall be conducted for the purposes of determining whether the computer contains any prohibited data prior to the installation of the monitoring software; to determine whether the monitoring software is functioning effectively after its installation; and to determine whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.**

Alejandro Richard Velasquezd Gomez
Dkt. No. 5-22-CR-00461-JKP(1)
April 13, 2026
Page 2

Witness: _____
          Daniel C. Barron Jr.
          Sr. U.S. Probation Officer

Signed: _____
          Alejandro Richard Velasquez Gomez

_____
          **Apr 13, 2026**
          Date